AMENDED
Page #4

Parties

7. The petitioner, Darrell Parks, was incarcerated at the United States Penitentiary-McCreary (USP-McCreary) during the events described in this complaint.

8. Defendant Holly Anderson, Ms. Woods, K. Struab, W. Wood and Mr. Moulton are case manager, correctional counselors, and unit manager employed at USP-McCreary. They are sued in their INDIVIDUAL CAPACITIES.

9. Defendants T. Jones, K. Bryant and Mr. Gardner, are correctional officers employed at USP-McCreary. They are sued in their INDIVIDUAL CAPACITIES.

10. Defendant John Doe, is an unknown staff member employeed at USP-McCreary whom name is presently unknown to petitioner. S/he is being sued in their INDIVIDUAL CAPACITY.

11. Defendant Dr. Williard and Mr. West, are the psychologist and practitioner's assistant employeed at USP-McCreary. They are sued in their INDIVIDUAL CAPACITIES.

12. Defendant Hardin, is a lieutenant employeed at USP-McCreary. He is sued in his INDIVIDUAL CAPACITY.

13. Defendant Raitt, is a disciplinary hearing officer at USP-McCreary and is responsible for conducting disciplinary hearing for prisoners accused of violating prison rules. He is sued in his INDIVIDUAL CAPACITY.

14. Defendant Fernando J. Messer, is the executive assistant at USP-McCreary and is responsible for reviewing all administrative remedies filing by USP-McCreary inmates. He is sued in his INDIVIDUAL CAPACITY.

15. All the defendants have acted, and continue to act, under color of federal law at all times relevant to this complaint.

Facts

16. On or about Friday, May 22, 2009, at approximately 6:47 p.m., petitioner went into